# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

138929(43)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

AUTOALLIANCE INTERNATIONAL, INC.,
      Plaintiff-Appellee,

v

                                          SC: 138929
                                          COA: 282096
                                          Court of Claims: 05-000216-MT

DEPARTMENT OF TREASURY,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's September 11, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010                                          _____
                                                                  Clerk

d0222